UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| United States of America, | § | |
|---|---|---|
| | § | **Government Collection** |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2022A35052) |
| Matthew L. Catchings, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue.* The defendant resides in Galveston County, Texas, and may be served with process at 1800 S. Egret Bay Blvd. #1102, League City, Texas 77573.

3.  *The Debt.* The debt owed to the United States arose in connection with a Service Obligation Contract for State Maritime Academy Midshipmen, see Exhibit A.  The debt on the date of the Certificate of Indebtedness, Exhibit B was:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 12,000.00 |
| B. | Interest (capitalized and accrued) | $ | 54.90 |
| C. | Administrative fees, costs, penalties <br> (Including $400.00 Filing fee) | $ | 400.00 |
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 13,239.90 |

F.    Prejudgment interest accrues at 1.00% per annum being $0.33 per day.

G.      The current principal in paragraph 3 A is after credits of $0.00.

4.     *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it. See Exhibit C, Notice of Default Determination.

5.     *Prayer*. The United States prays for judgment for:

A.      The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest.

B.      Attorney's fees; and,

C.      Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky* _____
     M. H. Cersonsky, TBN: 04048500
     1770 St. James Place, Suite 150
     Houston, Texas 77056
     Telephone: (713) 600-8500
     Fax: (713) 600-8585

Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.     **You have been served in a lawsuit.**

2.     **If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer.  If you do not, a default judgment will be taken against you.**

3.     **Your written response is due 21 days after the day you got the lawsuit papers.**

4.     **Mail your written response to:**

> **Clerk**
> **United States District Court**
> **P.O. Box 61010**
> **Houston, Texas 77208**

**and send a copy to the lawyers for the United States at:**

> **M. H. Cersonsky**
> **Cersonsky & McAnelly, P.C.**
> **1770 St. James Place, Suite 150**
> **Houston, Texas 77056**

**Be sure to put your case number and name on your response.**

5.     **If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.**